Thank you. I appreciate the court's comments that justices have in fact reviewed the brief in this matter as well as the record. There's basically a single issue before the court in this matter and that is given the proper status of the parties at the time that they attempted to file the summons and complaint in the adversary proceeding whether or not in fact Judge Kwan should have held an evidentiary hearing to gather more information as to whether or was basis to allow an equitable exception to the time bar set forth with respect to the time for the filing of the adversary proceeding against Mr. Arutyunyan. It's our position obviously that in fact the court should have done so and that to not grant an evidentiary hearing was in fact an abuse of discretion on the part of the trial judge. Counsel can you help us here tell us what facts were in dispute that an evidentiary hearing would have helped resolve that were critical to the question of the failure of time to file the complaint? The facts that would have been brought up would have been the attempts on the part of the pro-per parties to file before and their lack of knowledge with respect to the electronic filing requirements of the court and the and as well as their belief that they could in fact fax file the complaint in a timely fashion. Okay but why does that matter? Under the ANWR decision the Ninth Circuit said unless there is an exceptional circumstance that's created by the court itself having failed to give the parties the appropriate date failure to timely file whether it become by paper or electronic means or anything else is on the person filing isn't it? Well yes I understand that your honor I was not counsel of record at the time these events take place and I understand the court's analysis. Do you have any case other than ANWR that would support the concept that the court can use an equitable exception if it found facts not give rise to the court having done something incorrect? I've researched all the cases that I could on this particular issue and I was not able to find any cases that would support it that follow the fact pattern in this particular case. Just to follow up on Judge Gann's point with respect to the us that there was really any dispute about any of the factors that the appellant would have wanted the court to be aware of I mean they were all expressible with or without an evidentiary here. I mean was there some big dispute that your client didn't know something your client made a mistake in trying to fax file your client otherwise wasn't able to file? I mean it's not disputed is it? That they were mistaken no I don't believe that it was disputed. All right okay gotcha. Any more questions from the panel? Okay why don't we turn it over to the appellee and you can respond with the 11 plus minutes you have left Mr. McIntosh. Sir could you please start by pronouncing your last name I don't want to butcher it I'm afraid I would probably not pronounce it correctly if I tried so please pronounce it for me. Yes your honor my last name is Artunian first name Arnold so Arnold Artunian. Artunian thank you please go ahead sir. I'm gonna try to do my best I'm not an attorney so the bar date was on September 6th they had over if I'm not mistaken that over 60 days to file the paperwork at the great time. They filed in the declaration they stated that they filed on September 9th but instead of filing with the court on September 9th which will still be three days past the deadline they filed it with a company called legal one eventually at 631 p.m. eventually they successfully filed it on September 13th a full seven days past the deadline so in the in the declaration of the past examples that they've given the mistakes were either made on the clerk from the clerk or the court but in our case I didn't make any mistakes the court made made any mistakes so like I said that over 60 days to file the paperwork which successfully they filed it on the 13th which is the full seven days past the bar deadline. That'll be it thank you very much. Okay any questions from the panel? Okay all right now Mr. McIntosh would you like to offer any rebuttal? No the the facts as to the respective dates appear in the record and I think Mr. Artunian has quoted them accurately so I don't believe I have anything further to offer. Okay okay well thank you both very much for a very efficient and and helpful oral presentation the matter is submitted we'll be issuing a written decision and sending that both you and to both of you in due course so thank you very much. Thank you. Thank you very much. Thank you. Thank you.
judges: Faris, Lafferty, Gan